# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TRABON GOWAN,**

    **Plaintiff,**

**vs.**                                             **4:06-CV-041-SPM**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Mediation Report" (doc. 13) filed on October 2, 2006, which advises that the parties have resolved all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>fourth</u> day of October, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge